| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, <br> and <br> AIRLINE PROFESSIONALS ASSOC. OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, <br><br> Plaintiffs, <br><br> v. <br><br> ALASKA AIR GROUP, INC, <br><br> Defendant. | CASE NO. C17-1327-MJP <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM A DEADLINE AND FOR EXPEDITED DISCOVERY |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THIS MATTER comes before the Court on Plaintiffs' Motion for Relief from a Deadline and for Expedited Discovery. (Dkt. No. 14.) Having reviewed Plaintiffs' Motion, Defendant's response (Dkt. No. 19), Plaintiffs' reply (Dkt. No. 21) and the related record, the Court GRANTS the Motion.

ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM A DEADLINE AND FOR EXPEDITED DISCOVERY - 1

1 | Plaintiffs seek expedited discovery to establish that this case involves a "major dispute" such that it is properly within the subject matter jurisdiction of the Court. The Court finds that the requested discovery is narrowly tailored to allow Plaintiffs to respond to Defendant's Motion to Dismiss (Dkt. No. 16). Because Plaintiffs have shown good cause to justify expedited discovery, the Court GRANTS the Motion. Defendant is ORDERED to respond to Plaintiffs' First Set of Interrogatories and Requests for Production within fifteen (15) days from the date of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 2, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge