UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION,<br><br>and<br><br>AIRLINE PROFESSIONALS ASSOC. OF THE INTERNATIONAL BORHTERHOOD OF TEAMSTERS, LOCAL UNION NO 1224,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIR GROUP, INC,<br><br>and<br><br>HORIZON AIR INDUSTRIES, INC.,<br><br>Defendants. | CASE NO. C17-1327-MJP<br><br>ORDER ON COURT'S AWARD OF FEES AND COSTS |

THIS MATTER comes before the Court on Plaintiffs' Declaration in Support of Court's Award of Fees and Costs. (Dkt. No. 58.) Having considered the declaration and all supporting evidence, the Court ORDERS as follows:

The Court notes that the total amount of fees requested by Plaintiffs ($18,612.00) appears to be based upon the "general litigation rates" charged by Schwerin Campbell Barnard Iglitzin & Lavitt LLP, and not its "lower hourly rate . . . for established union clients." (See Dkt. No. 58 at ¶ 10.) However, the purpose of awarding fees and costs is not to enrich the lawyers, but rather to prevent Plaintiffs from paying the costs of bringing the Motion for Protective Order and to Compel Initial Disclosures. (Dkt. No. 33.) Therefore, Counsel for Plaintiffs are ORDERED to file an amended declaration identifying only those fees and costs that were actually incurred in connection with their Motion for Protective Order and to Compel Initial Disclosures. The amended declaration is to be filed within five (5) days of the date of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 14, 2017.

Marsha J. Pechman
United States District Judge