UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION,<br><br>and<br><br>AIRLINE PROFESSIONALS ASSOC. OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO 1224,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIR GROUP, INC,<br><br>and<br><br>HORIZON AIR INDUSTRIES, INC.,<br><br>Defendants. | CASE NO. C17-1327-MJP<br><br>ORDER AWARDING FEES AND COSTS |

THIS MATTER comes before the Court on the Amended Declaration of Counsel in Support of Court's Award of Fees and Costs. (Dkt. No. 61.) The Court having previously granted, by Order dated December 6, 2017 (Dkt. No. 54), Plaintiffs' reasonable costs and

attorney fees incurred in bringing their Motion for Protective Order and to Compel Initial Disclosures (Dkt. No. 33), and having considered the Amended Declaration of Counsel and supporting documentation, hereby awards to Plaintiffs attorney fees in the amount of $11,263.00, this amount to be paid by Defendants Alaska Air Group, Inc., and Horizon Air Industries, Inc.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 18, 2017.

Marsha J. Pechman
United States District Judge

Presented By:

*s/Kathleen Phair Barnard*
Kathleen Phair Barnard
WSBA No. 17896

*s/Danielle Franco-Malone*
Danielle Franco-Malone
WSBA No. 40979
SCHWERIN CAMPBELL BARNARD IGLITZIN & LAVITT LLP
18 West Mercer Street, Ste. 400
Seattle, WA 98119-3971
206-285-2828 (phone)
206-378-4132 (fax)
franco@workerlaw.com

*s/Darin M. Dalmat*
Darin M. Dalmat
WSBA No. 51384
JAMES & HOFFMAN, P.C.
18 West Mercer Street, Ste. 400
Seattle, WA 98119-3971
206-257-6028 (phone)
206-378-4132 (fax)
dalmat@workerlaw.com

*Attorneys for Plaintiffs*