The Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, AIRLINE DIVISION,

and

AIRLINE PROFESSIONAL ASSOC. OF
THE INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, LOCAL UNION NO.
1224,

                Plaintiffs,

v.

ALASKA AIR GROUP, INC.

and

HORIZON AIR INDUSTRIES, INC.

                Defendants.

No. 2:17-cv-1327

ORDER REGARDING JOINT
STATUS CONFERENCE

1. Following the Joint Status Conference held on February 1, 2018, the Court hereby orders:

2. Defendants have identified the following ten decision makers involved in deciding whether, when, and how Horizon Air Industries, Inc. ("Horizon") would take delivery (or not) of E-175 aircraft from Embraer, S.A. and any contractual implications of doing so or of not doing so ("Decisions"):

        a. Dave Campbell

ORDER REGARDING JOINT STATUS CONFERENCE - 1

        b. Mark Eliasen

        c. Andrew Harrison

        d. John Kirby

        e. Chris Lewless

        f. Brandon Pederson

        g. Shane Tackett

        h. Jenn Thompson

        i. Brad Tilden

        j. David Voyles

3. Defendants shall produce all non-privileged documents and electronically stored information ("ESI") retained by the ten individuals listed in Paragraph 2 from the time period of July 1, 2017 to October 31, 2017, that relate to the Decisions and, to the extent not already produced, all written instruments (including contracts, memoranda, and agreements) effectuating, facilitating, or relating to the Decisions. Defendants will use the search terms proposed by IBT on December 14, 2017, as well as any additional search terms Defendants deem appropriate, as the basis for their collection and review of documents. Defendants will use best efforts to review and produce documents by February 23, 2018. Defendants will produce a privilege log for any documents that are withheld.

4. Upon receipt of the documents, IBT may elect to take one deposition, and may choose either to take the deposition of one of the ten individuals listed in Paragraph 2 or to take a deposition pursuant to Fed. R. Civ. P. 30(b)(6). The parties will schedule the deposition for a mutually agreeable time and date, provided that the deposition shall be completed by no later than 21 days after the completion of Defendants' document production.

5. Within 21 days of the deposition described in paragraph (4), Plaintiffs shall notify the Court whether they seek any further jurisdictional discovery. Unless the Court orders further discovery, other than the discovery identified above, the parties will not conduct any

additional discovery without the permission of the Court until the Court rules on Defendants' pending Motion To Dismiss Plaintiffs' First Amended Complaint (Dkt. 27).

6. After the conclusion of the deposition, each party will file a supplemental brief of no more than 10-pages each regarding Defendants' pending Motion To Dismiss Plaintiffs' First Amended Complaint (Dkt. 27). The parties will agree on a schedule for submitting this supplemental briefing and shall jointly notify the court of the agreed upon briefing schedule.

IT IS SO ORDERED this 6th day of February, 2018.

Marsha J. Pechman
United States District Judge

Presented by:

*/s/ Mark A. Hutcheson*
Mark A. Hutcheson, WSBA No. 1552

*/s/ Taylor S. Ball*
Taylor S. Ball, WSBA No. 46927
DAVIS WRIGHT TREMAINE LLP
1201 3rd Ave., Ste. 1700
Seattle, WA 98101-3045
206-622-3150 (phone)
206-757-7700 (fax)
markhutcheson@dwt.com
taylorball@dwt.com

*/s/ Douglas W. Hall*
Douglas W. Hall, DC Bar No. 430406*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
202-879-5432 (phone)
202-626-1700 (fax)
dwhall@jonesday.com
*Admitted Pro Hac Vice

*Attorneys for Defendants*

*/s/ Kathleen Phair Barnard*
Kathleen Phair Barnard, WSBA No. 17896
Danielle Franco-Malone, WSBA No. 40979
Darin M. Dalmat, WSBA No. 51384
SCHWERIN CAMPBELL BARNARD IGLITZIN& LAVITT LLP
18 Wet Mercer Street, Suite 400
Seattle, WA 98119
206-285-2828 (phone)
206-378-4132 (fax)
barnard@workerlaw.com
franco@workerlaw.com
dalmat@workerlaw.com

*Attorneys for Plaintiffs*

ORDER REGARDING JOINT STATUS CONFERENCE - 4