The Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, and AIRLINE PROFESSIONAL ASSOC. OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, <br><br> Plaintiffs, <br> v. <br> ALASKA AIR GROUP, INC. and HORIZON AIR INDUSTRIES, INC. <br><br> Defendants. | No. 2:17-cv-1327 <br><br> STIPULATION AND ORDER |

The parties respectfully file this stipulation and proposed order to (1) propose a schedule for submitting supplemental briefs on the pending motion to dismiss; (2) request a stay of the other deadlines in the current case schedule, pending resolution of the pending motion; and (3) request oral argument on the pending motion to dismiss.

STIPULATION AND ORDER - 1
2:17-cv-01327-MJP

**Recitals**

1. Plaintiffs filed their original complaint in this case on September 1, 2017, Dkt. 1, and their amended complaint on October 13, 2017. Dkt. 20.

2. Defendants moved to dismiss the amended complaint. Dkt. 27. Plaintiffs opposed the motion and also moved to stay consideration of the motion pending the production of discovery the Court had previously ordered. Dkt. 32 (discovery order), 44 (motion to stay), 51 (opposition to motion to dismiss).

3. The Court convened a status conference on February 1, 2018, to address the management of discovery. Following the conference, the Court issued an order, dated February 6, 2018, regarding discovery and resolution of the pending motion to dismiss. Dkt. 67.

4. After Defendants produced additional documents, on March 28, 2018, Plaintiffs took the deposition of Defendant AAG pursuant to Fed. R. Civ. P. 30(b)(6).

5. The parties expect to receive the transcript of that deposition on or around April 11, 2018. Upon receipt of the transcript, the parties will be prepared to submit the supplemental briefing called for in the Court's February 6, 2018, order.

**Stipulation**

1. Plaintiffs shall file their supplemental opposition to Defendants' motion to dismiss, not to exceed ten pages (exclusive of exhibits), by no later than May 4, 2018. Defendants shall file their supplemental reply in support of their motion to dismiss, not to exceed ten pages (exclusive of exhibits), by no later than May 18, 2018.

2. The parties jointly request oral argument on the motion to dismiss.

3. The parties request that the deadlines set forth in the Court's November 15, 2017, Order Setting Trial Date & Related Dates, Dkt. 38, be stayed pending resolution of the pending motion to dismiss.

4. In the event that the Court does not dismiss the case in its entirety, the parties shall confer within two weeks of the Court's order resolving the pending motion to dismiss to

discuss appropriate deadlines for trial and related dates. The parties shall then submit a joint report to the Court within two weeks of their conference proposing a new case schedule.

DATED this 6th day of April, 2018.

*/s/ Darin M. Dalmat*
Kathleen Phair Barnard, WSBA No. 17896
Darin M. Dalmat, WSBA No. 51384
SCHWERIN CAMPBELL BARNARD
IGLITZIN& LAVITT LLP
18 Wet Mercer Street, Suite 400
Seattle, WA 98119
206-285-2828 (phone)
206-378-4132 (fax)
barnard@workerlaw.com
dalmat@workerlaw.com

Attorneys for Plaintiffs

*/s/ Taylor S. Ball*
Mark A. Hutcheson, WSBA No. 1552
Taylor S. Ball, WSBA No. 46927
DAVIS WRIGHT TREMAINE LLP
1201 3rd Ave., Ste. 1700
Seattle, WA 98101-3045
206-622-3150 (phone)
206-757-7700 (fax)
markhutcheson@dwt.com
taylorball@dwt.com

Douglas W. Hall, DC Bar No. 430406*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
202-879-5432 (phone)
202-626-1700 (fax)
dwhall@jonesday.com
*Admitted Pro Hac Vice

Attorneys for Defendants

STIPULATION AND ORDER - 3
2:17-cv-01327-MJP

SO ORDERED.

Dated: April 13, 2018

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER - 4
2:17-cv-01327-MJP