HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, AIRLINE DIVISION,

and

AIRLINE PROFESSIONALS ASSOC. OF
THE INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, LOCAL UNION NO.
1224,

    Plaintiffs,

v.

ALASKA AIR GROUP, INC.,

and

HORIZON AIR INDUSTRIES, INC.,

    Defendants.

NO. 2:17-cv-001327-MJP

ORDER GRANTING STIPULATED MOTION TO SEAL

THIS MATTER came before the Court on the parties' Stipulated Motion to Seal. The Court having considered the motion, the Court hereby ORDERS:

1. Plaintiffs' Supplemental Brief in Opposition to Motion to Dismiss, along with all supporting declarations and exhibits, (collectively, "Plaintiffs' filing") shall be SEALED.

ORDER GRANTING STIPULATED
MOTION TO SEAL - 1

2. The parties shall confer by no later than May 11, 2018, over which portions of the Plaintiffs' filing may be refiled on the public docket and which shall remain sealed.

3. If the parties reach agreement by May 18, 2018, over which portions of Plaintiffs' filing may be refiled on the public docket and which shall remain sealed, Plaintiffs shall refile on the public docket, by May 21, 2018, an identical version of its May 4, 2018, filing, except that the filing shall redact those portions (and only those portions) that the parties agree shall remain sealed. Consistent with LCR 5(g)(3)(B), Defendants shall file, by May 21, 2018, a memorandum explaining the reasons for keeping the redacted portions under seal.

4. If the parties do not reach agreement by May 18, 2018, over which portions of Plaintiffs' filing may be refiled on the public docket and which shall remain sealed, Defendants shall file, by May 21, 2018, a motion under LCR 5(g)(3)(B) to continue to seal Plaintiffs' filing. That filing shall remain sealed until the Court rules on Defendants' motion.

SIGNED in open court this 8th day of May, 2018.

Marsha J. Pechman
United States District Judge

Presented by:

s/Kathleen Phair Barnard
Kathleen Phair Barnard, WSBA No. 17896
Darin M. Dalmat, WSBA No. 51384
SCHWERIN CAMPBELL BARNARD
IGLITZIN & LAVITT LLP
18 West Mercer Street, Ste. 400
Seattle, WA 98119-3971
206-285-2828 (phone)
barnard@workerlaw.com
dalmat@workerlaw.com

| | |
|---|---|
| 1 | *Attorneys for Plaintiffs* |
| 2 | /s/ Taylor S. Ball |
| 3 | Mark A. Hutcheson, WSBA No. 1552<br>Taylor S. Ball, WSBA No. 46927 |
| 4 | DAVIS WRIGHT TREMAINE LLP<br>1201 3rd Ave., Ste. 1700 |
| 5 | Seattle, WA 98101-3045 |
| 6 | 206-622-3150 (phone)<br>206-757-7700 (fax) |
| 7 | markhutcheson@dwt.com<br>taylorball@dwt.com |
| 8 | |
| 9 | Douglas W. Hall<br>DC Bar No. 430406 |
| 10 | JONES DAY |
| 11 | 51 Louisiana Avenue, N.W.<br>Washington, DC 20001 |
| 12 | 202 879-5432 (phone)<br>202 626-1700 (fax) |
| 13 | dwhall@jonesday.com<br>*Admitted Pro Hac Vice* |
| 14 | *Attorneys for Defendants* |

ORDER GRANTING STIPULATED
MOTION TO SEAL - 3