UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, and AIRLINE PROFESSIONAL ASSOC. OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIR GROUP, INC, and HORIZON AIR INDUSTRIES, INC.<br><br>Defendants. | CASE NO. C17-1327-MJP<br><br>ORDER GRANTING MOTION TO CONTINUE TO SEAL |

THIS MATTER comes before the Court on Defendants' Motion to Continue to Seal the Supplemental Opposition and Reply to the Motion to Dismiss. (Dkt. No. 77.) Having considered the Motion, the Response (Dkt. No. 81), the Reply (Dkt. No. 83) and all related papers, the Court GRANTS the Motion and ORDERS that the following documents be kept under seal:

1. Plaintiffs' Supplemental Opposition to Defendants' Motion to Dismiss;
2. the Declaration of Darin Dalmat filed in support of Plaintiffs' Supplemental Opposition and all exhibits attached thereto;
3. Defendants' Supplemental Reply to its Motion to Dismiss;
4. the Declaration of Andrew Harrison and all exhibits attached thereto; and
5. the Declaration of Taylor S. Ball and all exhibits attached thereto.

The information contained in these documents was obtained during the course of discovery taken for the limited purpose of allowing Plaintiffs to respond to the jurisdictional arguments raised in Defendants' Motion to Dismiss. (See Dkt. Nos. 32, 54.) Defendants contend that these documents contain "highly confidential agreements between Defendants and various third parties"; "financial decisions and considerations by Defendants and their affiliates"; "aircraft and equipment acquisition information"; "budget planning"; "fleet information and planning"; "staffing and labor relations decisions and strategy"; "operational methods, strategies, and decisions;" and "strategic planning." (Dkt. No. 77 at 4.) Defendants have a compelling interest in maintaining the confidentiality of this information, and because the remaining pleadings in this case remain public, their interest "outweigh[s] the public's interest in disclosure." Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006). Accordingly, the Court ORDERS that the documents listed, supra, shall remain permanently sealed.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 18, 2018.

Marsha J. Pechman
United States District Judge